

U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:LDM:TYH
F. #2014R00491

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 20, 2015

<u>By ECF and Courtesy Copy by Inter-Office Mail</u>

The Honorable Carol B. Amon
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Colin Harper,
>       <u>Criminal Docket No. 14-170 (CBA)</u>

Dear Judge Amon:

On or about October 16, 2014, the Court entered a Preliminary Order of Forfeiture in the above-captioned case against the defendant, Colin Harper, following the defendant's plea of guilty to a violation of 21 U.S.C. § 846. As set forth in the order, the defendant consented to the forfeiture of all right, title and interest in: (1) one loaded Glock 9mm handgun, magazines and ammunition; (2) one .380 Atak Arms (blank) pistol, magazine and ammunition; (3) one silencer; (4) one digital scale; (5) one Royal Sovereign money counter bearing serial number K08C08108038; (6) one "Food Saver" heat sealer; (7) one aluminum kilogram press and bottle jack; (8) six cellular phones; (9) one Sony "Cybershot" digital camera; (10) one Apple "Macbook; (11) one Apple "Ipad; and (12) five cellular phones (items (1) through (3), collectively, the "firearms," and items (4) through (12), collectively, the "Seized Property"), which were all recovered from the Defendant's residence in Rego Park, New York, on or about February 21, 2014.

The parties anticipated that the firearms and the Seized Property would be forfeited in this proceeding so that the Drug Enforcement Administration ("DEA") could dispose of it. This Office has learned, however, that the firearms were transferred to the New York City Police Department which is handling their disposal. The other items are held by DEA as evidence and will be destroyed pursuant to DEA guidelines. The government therefore respectfully requests that the Court vacate the Preliminary Order of Forfeiture.

Thank you for Your Honor's consideration of this matter.

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney

                        By:      _____
                                        Tanya Y. Hill
                                        Assistant U.S. Attorney
                                        (718) 254-6144

SO ORDERED:
_____, 2015

                                        _____
                                        HONORABLE CAROL B. AMON
                                        CHIEF UNITED STATES DISTRICT JUDGE

Encl.
cc:     Counsel for the defendant (by ECF)